UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAYMOND NIESSING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 4:25-cv-01861-PLC |
| ) | |
| TRIZETTO PROVIDER ) | |
| SOLUTIONS and COGNIZANT ) | |
| TECHNOLOGY SOLUTIONS ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Defendants, Trizetto Provider Solutions and Cognizant Technology Solutions Corp. ("Defendants"), by and through their undersigned counsel, hereby move, with the consent of Plaintiff's counsel, for a further extension of time, up to and including March 30, 2026, to file its responsive pleading in the above-captioned lawsuit. In support of its motion, Defendant states:

1. Plaintiff filed the above-captioned lawsuit on December 19, 2025.

2. Defendants' registered agent was served with a copy of the Complaint on December 23, 2025.

3. On January 14, 2026, Defendants filed an Unopposed Motion for Extension of Time to File Responsive Pleading, which was granted by the Court, extending Defendants' deadline to file a responsive pleading to February 27, 2026.

4. Due to the complexity of the issues set forth in the Complaint, and the potential need for consolidation of this Complaint with similar complaints, Defendants respectfully request

a further extension of time, up to and including March 30, 2026, to file a responsive pleading in this matter.

5. Defendants' counsel contacted Plaintiff's counsel to discuss this extension request, and Plaintiff's counsel stated that Plaintiff consented to such an extension.

6. The requested extension is not sought for purposes of delay and, if granted, will not prejudice any party.

WHEREFORE, Defendants respectfully request an extension of time to file a responsive pleading, up to and including March 30, 2026.

Dated: February 18, 2026

>Respectfully submitted,
>
>NORTON ROSE FULBRIGHT US LLP
>
>By:  /s/   Luke G. Maher
>Luke G. Maher, #62219 (MO)
>8001 Forsyth Blvd., Suite 800
>St. Louis, Missouri 63105
>Telephone: (314) 505-8800
>Facsimile: (314) 505-8899
>luke.maher@nortonrosefulbright.com
>
>Jason K. Fagelman*
>Joseph E. Simmons*
>2200 Ross Avenue, Suite 3600
>Dallas, TX 75201
>Telephone: (214) 855-8000
>Facsimile: (214) 855-8200
>jason.fagelman@nortonrosefulbright.com
>joseph.simmons@nortonrosefulbright.com
>
>*Attorneys for Defendants Trizetto Provider Solutions and Cognizant Technology Solutions Corp.*
>
>*: Pro hac vice application forthcoming*

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on February 18, 2026, the foregoing was served, via the electronic filing system of the U.S. District Court for the Eastern District of Missouri upon all parties of record.

                                                          /s/ Luke G. Maher