UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RAYMOND NIESSING,                            )
                                             )
            Plaintiff,                       )
                                             )
      vs.                                    )    Case No.: 4:25-cv-01861-PLC
                                             )
TRIZETTO PROVIDER                            )
SOLUTIONS and COGNIZANT                      )
TECHNOLOGY SOLUTIONS                         )
CORPORATION,                                 )
                                             )
            Defendants.                      )
                                             )

## CONSENT MOTION FOR FURTHER EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants, TriZetto Provider Solutions and Cognizant Technology Solutions Corp. ("Defendants"), by and through their undersigned counsel, hereby move, with the consent of Plaintiff's counsel, for a further extension of time, up to and including April 29, 2026, to file its responsive pleading in the above-captioned lawsuit.  In support of their motion, Defendants state:

1.      Plaintiff filed the above-captioned lawsuit on December 19, 2025.

2.      Defendants' registered agent was served with a copy of the Complaint on December 23, 2025.

3.      On January 14, 2026, Defendants filed an Unopposed Motion for Extension of Time to File Responsive Pleading, which was granted by the Court, extending Defendants' deadline to file a responsive pleading to February 27, 2026.

4.      Multiple other complaints against Defendants arising from the same data incident are pending in this district, of which the instant action is the first-filed action. On March 11, 2026,

- 1 -

Plaintiff filed a Motion to Consolidate Related Actions, seeking to consolidate the related actions into the instant action.  ECF 17.

5.      Due to the complexity of the issues set forth in the Complaint, and to avoid unnecessary expense and conserve judicial resources while the parties await a ruling on the March 11, 2026 motion to consolidate, Defendants respectfully request a further extension of time, up to and including April 29, 2026, to file a responsive pleading in this matter.

6.      Defendants' counsel contacted Plaintiff's counsel to discuss this extension request, and Plaintiff's counsel stated that Plaintiff consented to such an extension.

7.      The requested extension is not sought for purposes of delay and, if granted, will not prejudice any party.

WHEREFORE, Defendants respectfully request an extension of time to file a responsive pleading, up to and including April 29, 2026.

Dated: March 23, 2026

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By:  /s/  *Luke G. Maher*
Luke G. Maher, #62219 (MO)
8001 Forsyth Blvd., Suite 800
St. Louis, Missouri 63105
Telephone: (314) 505-8800
Facsimile: (314) 505-8899
luke.maher@nortonrosefulbright.com

Jason K. Fagelman*
Joseph E. Simmons*
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
jason.fagelman@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com

*Attorneys for Defendants Trizetto Provider Solutions and Cognizant Technology Solutions Corp.*

*\*: Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, the foregoing was served, via the electronic filing system of the U.S. District Court for the Eastern District of Missouri upon all parties of record.

/s/ *Luke G. Maher*