UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| *In re Trizetto Provider Solutions Data* | ) | |
| *Breach Security Litigation* | ) | |
| | ) | |
| | ) | Case No. 4:25-cv-01861-PLC |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## MOTION FOR CLARIFICATION AND/OR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists ("St. Anthony's"), for its Motion for Clarification and/or Extension of Time to File Responsive Pleading, states as follows:

1.      On March 11, 2026, Plaintiffs filed a motion to consolidate several actions pending in the United States District Court for the Eastern District of Missouri. At the time, St. Anthony's had a responsive pleading deadline of March 20, 2026.

2.      The Motion specifically requested that the Court:

"Strike all pending deadlines in each of the Related Cases… Set a deadline of 30 days following the entry of an order appointing Interim Class Council for the filing of a Consolidated Class Action Complaint; and setting deadlines for Defendants to respond to a Consolidated Class Action Complaint…" *Mtn to Consolidate,* Doc. 17.

3.      On March 15, 2026, St. Anthony's counsel contacted Plaintiff's counsel, Raina Borrelli. Ms. Borrelli agreed that the motion to consolidate rendered the current responsive pleading deadline moot, and agreed St. Anthony's need not file a responsive pleading on March 20.

4.      As Plaintiff filed an unopposed motion seeking relief that would include the striking of St. Anthony's responsive pleading deadline, St. Anthony's did not file a separate motion.

5.      On March 25, 2026, Plaintiffs' request to consolidate the cases was granted in part, but the order did not specifically rule on other relief sought including the request to "strike all pending deadlines" and to "fil[e] a Consolidated Class Action Complaint."

6.      As it stands, it is unclear to Defendants whether they must respond to the current Complaint or whether an amended Complaint will be filed. It is similarly unclear whether a responsive pleading filed today would be immediately mooted by an amended Complaint.

7.      The matter is further confounded because there is a pending motion to transfer this matter to an MDL.

8.      The requested extension is not sought for purposes of delay and, if granted, will not prejudice any party. St. Anthony's meets the Rule 6(b)(1) standard for an extension.

WHEREFORE Defendant St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists respectfully requests that this Court enter an order clarifying the deadline for responsive pleadings or enter an order granting St. Anthony's an extension to May 1, 2026.

/s/ Shane A. Chapman
Shane A. Chapman    # 67106
Haley K. Dierks        #76599
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939 – Telephone
(314) 621-6844 – Facsimile
schapman@lashlybaer.com
hdierks@lashlybaer.com
*Attorneys for Defendant*

## CRTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically and served upon all parties on April 1, 2026, via the Court's electronic filing system.

*/s/ Shane A. Chapman*