**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| *In Re:* Trizetto Provider Solutions Data Breach Security Litigation | **Case No**. 4:25-cv-01861-PLC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Jason Spangler, through his undersigned counsel, hereby gives notice that his claims against Defendants Physicians' Clinic of Iowa, P.C., Trizetto provider Solutions, LLC, and Cognizant Technology Solutions Corporation are voluntarily dismissed, without prejudice, and with each Party to bear their own fees and expenses.

DATED: April 13, 2026                    Respectfully submitted,


*/s/Maureen M. Brady*
Maureen M. Brady (MO#57800)
**McSHANE & BRADY, LLC**
4006 Central Street
Kansas City, MO 64111
T: (816) 888-8010
F: (816) 332-6295
E: mbrady@mcshanebradylaw.com

Tyler J. Bean
Kennedy M. Brian
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091

E: tbean@sirillp.com
E:kbrian@sirillp.com

Bryan L. Bleichner
Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Suite 1700
Minneapolis, Minnesota 55401
Tel: (612) 339-7300
E: bbleichner@chestnutcambronne.com
E: pkrzeski@chestnutcambronne.com

***ATTORNEYS FOR PLAINTIFF AND
THE PUTATIVE CLASS***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2026, the foregoing document was served via this Court's CM/ECF system to all counsel of record.

<u>/s/ Maureen M. Brady</u>
Maureen M. Brady