UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: TRIZETTO PROVIDER SOLUTIONS )
DATA SECURITY BREACH LITIGATION )
                                        )
                                        )
                                        )
                                        )            Case No. 4:25CV01861 MAL
                                          )
                                        )
                                        )
                                        )

## O R D E R

On June 5, 2026, a Transfer Order was received from the United States Judicial Panel on

Multidistrict Litigation directing this case and the following consolidated member cases be

reassigned to the Honorable John A. Ross for consolidated pretrial proceedings.

**IT IS THEREFORE ORDERED** that the following cases are reassigned to the

Honorable John A. Ross:

4:25CV01861 MAL Niessing v. Trizetto Provider Solutions, LLC et al
4:25CV01888 MAL Wheeler v. Trizetto Provider Solutions LLC et al
4:26CV00013 MAL Corbray et al v. Trizetto Provider Solutions LLC et al
4:26CV00070 MAL Limbos Vadla v. Cognizant Technology Solutions Corporation et al
4:26CV00264 MAL Cleveland et al v. Trizetto Provider Solutions LLC et al
4:26CV00308 MAL Stone et al. v. Trizetto Provider Solutions LLC et al

Dated this 9TH day of June, 2026.

NATHAN M. GRAVES, CLERK

By: _____
Case Initiation Team Supervisor