**EXHIBIT 2**
**DEFENDANTS' PROPOSED SCHEDULING ORDER**

| Event | Deadline |
|---|---|
| Plaintiffs' Interim Lead Class Counsel Applications | June 23, 2026 |
| Deadline to Exchange Initial Disclosures | Within 30 days of the appointment of interim lead class counsel |
| Filing of Additional or Amended Complaints | Within 60 days of the appointment of interim lead class counsel |
| Joinder of Other Parties | Absent a showing of good cause, other parties must be joined in the Additional or Amended Complaints phase |
| Defendants' Proposal(s) for Appointment of Defense Liaison Counsel | Within 45 days of the deadline for the filing of additional or amended complaints |
| Plaintiffs' Consolidated Class Action Complaint | Within 21 days of the appointment of defense liaison counsel |
| Defendants' Motion(s) to Dismiss Plaintiffs' Consolidated Class Action Complaint | Within 45 days after the filing of the Consolidated Class Action Complaint |
| Plaintiffs' Response(s) to Defendants' Motion(s) to Dismiss | Within 30 days after Defendants file Motion(s) to Dismiss |
| Defendants' Reply in Support of Motion(s) to Dismiss | Within 21 days after Plaintiffs' Response(s) to Defendants' Motion(s) to Dismiss |
| Commencement of Discovery | After the Court's ruling on Defendants' Motion(s) to Dismiss |
| Deadline to Attend Mediation | TBD |
| Deadline to Amend the Pleadings | TBD |
| Completion of Written Discovery | TBD |
| Completion of Fact Depositions | TBD |
| Disclosure of Experts and Rebuttal Experts | TBD |

2

| Completion of Expert Depositions | TBD |
|---|---|
| Motion for Class Certification | TBD |
| Deadline to File Dispositive Motions | TBD |
| Deadline to File Response(s) to Dispositive Motion(s) | TBD |
| Deadline to File any Replies to Dispositive Motion(s) | TBD |